JUDGE KOELTL

08 CIV 6259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Amnesty International USA, et al.

Plaintiff,

-v-

John M. ("Mike") McConnell, et al.

Defendant.

Case No. 2008

**Rule 7.1 Statement**

RECEIVED JUL 10 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Amnesty International USA, et al.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The plaintiffs in this matter have no corporate parents that are publicly held.

**Date:** July 10, 2008

Signature of Attorney

**Attorney Bar Code:** JJ-4653

Form Rule7_1.pdf  SDNY Web 10/2007