APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/7/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, Third Floor
New York, New York 10007

August 1, 2008

By Hand
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:  <u>Amnesty International USA et al. v. McConnell et al.</u>
         08 Civ. 6259 (JGK)

Dear Judge Koeltl:

    We represent the defendants in the above-referenced action brought by plaintiffs to challenge the constitutionality of the Foreign Intelligence Surveillance Act, 50 U.S.C. § 1801, *et seq.*, as amended by the Foreign Intelligence Surveillance Act Amendments Act of 2008, which the President signed into law on July 10, 2008. We write on behalf of all parties to request that the Court approve a schedule for cross-motions in this case.

    Following plaintiffs' letter to the Court dated July 15, 2008, the parties conferred to discuss a proposed briefing schedule for dispositive motions. Our joint proposal is as follows:

| | |
|---|---|
| September 12, 2008 | Plaintiffs' motion for summary judgment |
| October 10, 2008 | Defendants' opposition to plaintiffs' motion and cross-motion to dismiss, or in the alternative, for summary judgment |
| November 7, 2008 | Plaintiffs' reply on motion for summary judgment and opposition to defendants' motion |
| December 5, 2008 | Defendants' reply |



In making this proposal, the parties agree that defendants' time to answer or otherwise respond to the complaint is extended to October 10, 2008.

We respectfully request that the Court approve the proposed schedule and waive the requirement set forth in Your Honor's Individual Rules for a pre-motion conference prior to the filing of motions for summary judgment.

Thank you for your consideration of this request.

Respectfully,

| | |
|---|---|
| GREGORY G. KATSAS<br>Assistant Attorney General | MICHAEL J. GARCIA<br>United States Attorney |
| ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br>U.S. Department of Justice | By: /s/ Beth Goldman<br>BETH E. GOLDMAN<br>Assistant U.S. Attorney<br>Telephone: (212) 637-2732<br>Facsimile: (212) 637-2730 |

cc: (by electronic mail)
    Jameel Jaffer, Esq.
    Christopher Dunn, Esq.