UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
AMNESTY INTERNATIONAL USA; GLOBAL FUND FOR :
WOMEN; GLOBAL RIGHTS; HUMAN RIGHTS WATCH; IN- :
TERNATIONAL CRIMINAL DEFENCE ATTORNEYS ASSO- :
CIATION; THE NATION MAGAZINE; PEN AMERICAN CEN- :
TER; SERVICE EMPLOYEES INTERNATIONAL UNION; :
WASHINGTON OFFICE ON LATIN AMERICA; DANIEL N. :
ARSHACK; DAVID NEVIN; SCOTT MCKAY; and SYLVIA :
ROYCE, :
 :
                            Plaintiffs, :
 :
               v. : 08 Civ. 6259 (JKG)
 :
JOHN M. MCCONNELL, in his official capacity as Director of Na- : ECF CASE
tional Intelligence; LT. GEN. KEITH B. ALEXANDER, in his offi- :
cial capacity as Director of the National Security Agency and Chief :
of the Central Security Service; and MICHAEL B. MUKASEY, in :
his official capacity as Attorney General of the United States, :
 :
                            Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE that upon Defendants' Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment, defendants will move this Court before the Honorable John G. Koeltl for an order granting summary judgment to defendants.

//

//

//

//

//

//

//

Dated: New York, New York
October 28, 2008

| | |
|---|---|
| GREGORY G. KATSAS<br>Assistant Attorney General<br>CARL J. NICHOLS<br>Principal Deputy Associate Attorney General<br>Civil Division<br>United States Department of Justice | MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York |
| By: */s/ Anthony J. Coppolino*<br>ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br>Civil Division, Federal Programs Branch<br>United States Department of Justice<br>20 Massachusetts Avenue, Room 6102<br>Washington, D.C. 20530<br>Tel No. (202) 514-4782<br>Fax No. (202) 616-8460<br>tony.coppolino@usdoj.gov<br><br>PAUL FREEBORNE<br>Trial Attorney<br>U.S. Department of Justice | By: */s/ Serrin Turner*<br>SERRIN TURNER<br>Assistant United States Attorney<br>86 Chambers Street<br>New York, New York 10007<br>Tel. No. (212) 637-2701<br>Fax No. (212) 637-2686<br>serrin.turner@usdoj.gov<br><br>Attorneys for Defendants |