UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMNESTY INTERNATIONAL USA; GLOBAL FUND FOR
WOMEN; GLOBAL RIGHTS; HUMAN RIGHTS WATCH;
INTERNATIONAL CRIMINAL DEFENCE ATTORNEYS
ASSOCIATION; THE NATION MAGAZINE; PEN AMERICAN
CENTER; SERVICE EMPLOYEES INTERNATIONAL UNION;
WASHINGTON OFFICE ON LATIN AMERICA; DANIEL N.
ARSHACK; DAVID NEVIN; SCOTT MCKAY; AND SYLVIA
ROYCE,

                         Plaintiffs,

        v.

JOHN M. MCCONNELL, in his official capacity as Director of
National Intelligence; LT. GEN. KEITH B. ALEXANDER, in his
official capacity as Director of the National Security Agency and
Chief of the Central Security Service; and MICHAEL B.
MUKASEY, in his official capacity as Attorney General of the
United States,

                         Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

08 Civ. 6259 (JKG)

ECF CASE

## ORDER

The briefing schedule for the parties' summary judgment motions in this matter is hereby revised as follows: Defendants' cross-reply shall be due on January 16, 2009, and shall be limited to 25 pages.

So ordered
this 27th day of December, 2008

_____
U.S. DISTRICT COURT JUDGE (Part I)