

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

1 0 MAR 2009

---

*86 Chambers Street*
*New York, New York 10007*

March 9, 2009

BY HAND

Hon. John G. Koeltl
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*This letter should be docketed. So ordered.*

*JGKoeltl 3/10/09 USDJ*

Re: *Amnesty International USA, et al., v. McConnell, et al.,*
No. 08 Civ. 6259 (JGK)

Dear Judge Koeltl:

I write on behalf of defendants in the above-referenced action to report additional information pertaining to plaintiffs' pending "Motion for Disclosure," which sought information relating to certain proceedings in the FISA Court of Review.

The Government has been authorized by the FISA Court of Review to disclose publicly that since August 22, 2008, (1) there have been no requests by any party for further review in the *In re Directives* litigation, and (2) there have been no judicial orders or opinions entered or legal briefs filed that pertain to any such review.

I have provided this information to plaintiffs' counsel, who has indicated that plaintiffs will promptly withdraw their "Motion for Disclosure" in the above-referenced proceeding in light of this representation.

I respectfully request that this letter be docketed. Thank you for your consideration.

Respectfully,

MICHAEL F. HERTZ
Acting Assistant Attorney General

LEV L. DASSIN
Acting United States Attorney

ANTHONY J. COPPOLINO
Special Litigation Counsel
U.S. Department of Justice

By: _____
DAVID S. JONES
Assistant United States Attorney
Tel.: (212) 637-2739
Fax: (212) 637-2739

cc: Jameel Jaffer, Esq. (By email)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/09