UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMNESTY INTERNATIONAL USA,

        Plaintiff,

- against -

MCCONNELL et al.,

        Defendants.

08 Civ. 6259 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Oral argument on the parties' cross-motions for summary judgment is scheduled for **July 10, 2009 at 3:30 p.m.**

SO ORDERED.

Dated: New York, New York
      June 9, 2009

                              John G. Koeltl
                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/09