UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMNESTY INTERNATIONAL USA,

        Plaintiff,

- against -                      08 Civ. 6259 (JGK)

                                    ORDER

MCCONNELL et al.,

        Defendants.

JOHN G. KOELTL, District Judge:

Oral argument on the parties' cross-motions for summary judgment is scheduled for **July 10, 2009 at 3:30 p.m.** The parties should ensure that all amici are given notice of oral argument.

SO ORDERED.

Dated: New York, New York
      June 29, 2009

                                          John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/09