UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMNESTY INTERNATIONAL USA,

    Plaintiff,

 - against -         08 Civ. 6259 (JGK)

              ORDER

MCCONNELL et al.,

    Defendants.

---

JOHN G. KOELTL, District Judge:

Oral argument on this motion, which was previously scheduled for July 10, 2009, is now scheduled for **July 17, 2009 at 3:00 p.m.** Plaintiff's counsel is directed to ensure that defense counsel and all amici are notified accordingly.

SO ORDERED.

Dated: New York, New York
    July 1, 2009

               /s/ John G. Koeltl
               John G. Koeltl
               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09