

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1-18-12__

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 18, 2012

**RECEIVED**
JAN 17 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

By Fax (212-805-7912)
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

　　　　　Re:　*Amnesty Int'l USA, et al. v. Clapper, et al.,*
　　　　　　　08 Civ. 6259 (JGK)

Dear Judge Koeltl:

　　We represent the Government in the above referenced case, which was remanded by the Court of Appeals on October 12, 2011, following reversal of this Court's grant of summary judgment for the Government and the denial of the Government's petition for rehearing *en banc*. A status conference is currently scheduled for January 19, 2012. I write to request an adjournment of the conference until sometime after February 21, 2012.

　　The Government seeks this adjournment on the ground that the deadline by which the Government must decide whether to file a petition for a writ of *certiorari* with the Supreme Court has not yet expired and the Government is still considering whether to seek such review. The deadline was initially December 20, 2011. On December 9, 2011, the Government obtained a 60-day extension of the deadline, making the deadline now February 21, 2012.

　　Accordingly, the Government seeks to adjourn the January 19 conference until sometime after February 21, 2012. I have consulted with plaintiffs' counsel, who consents to this request.

*Conference adjourned*
*to 2/28/12 at 4:30 P.M.*
*So ordered.*
*1/18/12　　／s／ John G. Koeltl*
*　　　　　　　U.S.D.J.*

We thank the Court for its consideration.

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General | PREET BHARARA<br>United States Attorney |
| ANTHONY J. COPPOLINO<br>Special Litigation Counsel<br>U.S. Department of Justice | By: _____<br>SERRIN TURNER<br>Assistant United States Attorney<br>Tel: (212) 637-1946<br>Fax: (212) 637-2387 |

cc: Jameel Jaffer, Esq. (fax: 212-549-2654)